In the Matter of LORI BON, Appellant, v HOWARD SAFIR et al., Respondents.

Submitted December 27, 2004; decided February 15, 2005

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).